**Fill in this information to identify the case:**

Debtor name: **Valken Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **25-16742 (JNP)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................  $ 5,729,191.87

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................  $ 5,729,191.87

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................  $ 10,251,828.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ 7,883,376.16

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ 18,135,205.15