**Fill in this information to identify the case:**

Debtor name: **Valken Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): 25-16742 (JNP)

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Byline Financial Group**
Creditor's Name

Describe debtor's property that is subject to a lien

$104,267.48    $0.00

BIN 88205
Milwaukee, WI 53288
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Chrysler Capital**
Creditor's Name

Describe debtor's property that is subject to a lien

$75,266.00    $0.00

PO Box 660335
Dallas, TX 75266
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 7

Debtor  **Valken Incorporated**                                   Case number (if known)  **25-16742 (JNP)**
        Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fox Funding Group** | Describe debtor's property that is subject to a lien | **$374,725.27** | **$0.00** |

Creditor's Name

**803 S. 21st Avenue**
**Hollywood, FL 33020**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Jules and Associates, Inc.** | Describe debtor's property that is subject to a lien | **$11,778.29** | **$0.00** |

Creditor's Name

**515 S. Figueroa Street**
**Suite 1950**
**Los Angeles, CA 90071**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Jules/Flagstar** | Describe debtor's property that is subject to a lien | **$1,427,104.00** | **$0.00** |

Creditor's Name

**100 Duffy Avenue**
**Suite 402**
**Hicksville, NY 11801**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor  **Valken Incorporated**  
Name  
Case number (if known) **25-16742 (JNP)**

Creditor's email address, if known

☐ Yes  
**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.6 | **Leaf Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $420,809.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name  
**One Commerce Square**  
**2005 Market Street**  
**14th Floor**  
**Philadelphia, PA 19103**  
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.7 | **McKenna & Associates** | Describe debtor's property that is subject to a lien | $1,069,371.80 | $1,695,699.26 |
|---|---|---|---|---|

Creditor's Name  
**1220 N. Fillmore Street**  
**Suite 420**  
**Arlington, VA 22201**  
Creditor's mailing address

**Inventory - See Attached List as of June 26, 2025 for Valken**

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
☐ No  
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

Debtor  **Valken Incorporated**                                          Case number (if known)  **25-16742 (JNP)**
        Name

| 2.8 | **Mercedes Benz Financial Services** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Mercedes G Wagon (2021 with 25,000 miles)** | $32,911.46 | $113,000.00 |

**PO Box 5209**
**Carol Stream, IL 60197**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.9 | **Parkside Funding Group** <br> Creditor's Name | Describe debtor's property that is subject to a lien | $52,021.00 | $0.00 |

**1615 Avenue I**
**Street #122**
**Brooklyn, NY 11230**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

| 2.10 | **PayPal** <br> Creditor's Name | Describe debtor's property that is subject to a lien | $113,326.83 | $0.00 |

**2211 North First Street**
**San Jose, CA 95131**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Debtor **Valken Incorporated**
Name

Case number (if known) **25-16742 (JNP)**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | **Small Business Association**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

**14925 Kingsport Road**
**Fort Worth, TX 76155**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | **Small Business Association victory gel**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

**14925 Kingsport Road**
**Fort Worth, TX 76155**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.3 | **Summit Investment Management**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Victory Equipment - See Attached List** | $1,359,784.38 | $2,000,000.00 |

**1700 Lincoln Street**
**Suite 2150**
**Denver, CO 80203**

Debtor **Valken Incorporated**  
Name

Case number (if known) **25-16742 (JNP)**

| Creditor's mailing address | Describe the lien | | |
|---|---|---|---|
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| 2.14 | **TFC Technology Finance (victory gel)** | Describe debtor's property that is subject to a lien | $75,082.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 846840**
**Dallas, TX 75284**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.15 | **WSFS Bank** | Describe debtor's property that is subject to a lien | $4,835,381.48 | $1,695,699.26 |
|---|---|---|---|---|
| | Creditor's Name | Inventory - See Attached List as of June 26, 2025 for Valken | | |

**500 Delaware Avenue**
**Wilmington, DE 19801**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is: Check all that apply

Debtor   **Valken Incorporated**                                              Case number (if known)   **25-16742 (JNP)**
     Name

■ No                           ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $10,251,828.99

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph Lubertazzi, Jr., Esquire<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056 | Line **2.7** | |